476 A.2d 80

Grew, Appellant, v. Giovengo.

Submitted September 30, 1983. James D. Belliveau, for appellant; Robert F. Burkardt, for appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.